IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KELLY BASSETT, Individually and as Personal Representative and Heir of the Estate of James M. Bassett, | 8:17-CV-55 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| SIGNATURE PERFORMANCE TIBURON, LLC, | |
| Defendant. | |

Pursuant to the parties' joint Stipulation for Dismissal with Prejudice (filing 10), this matter is dismissed with prejudice, without costs to any party.

Dated this 13th day of April, 2017.

BY THE COURT:

/s/ John M. Gerrard
John M. Gerrard
United States District Judge